IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01092-RPM

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

---

## ORDER GRANTING FILING OF AMENDED COMPLAINT

On September 30, 2010, the plaintiff filed a motion for leave to file amended complaint and tendered it. The defendant filed opposition on October 21, 2010. The primary objections raised by the defendant go to the merits of the added allegations in the tendered amended complaint which the Court will not consider on a motion to amend. The objection as to timeliness is denied. It is

ORDERED that the plaintiff's motion is granted and the amended complaint tendered therewith is filed.

Dated: October 22nd, 2010

                                          BY THE COURT:

                                          s/Richard P. Matsch
                                          _____
                                          Richard P. Matsch, Senior District Judge