IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01092-RPM

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

---

ORDER EXTENDING DEADLINES

---

Upon review of the Unopposed Motion to Amend Scheduling Order to Extend All Remaining Deadlines Ninety Days [17] filed today, it is

ORDERED that the deadlines are extended as follows:

| | |
|---|---|
| Deadline to Propound Written Discovery | April 14, 2011 |
| Deadline for Expert Disclosures for party bearing the burden of persuasion | May 16, 2011 |
| Deadline Contradicting Expert Disclosures | June 15, 2011 |
| Deadline Rebuttal Expert Disclosures | July 15, 2011 |
| Discovery Cut-Off | September 1, 2011 |
| Deadline for Summary Judgment Motions | October 1, 2011. |

Dated: January 12th, 2011

        BY THE COURT:

        s/Richard P. Matsch
        _____
        Richard P. Matsch, Senior District Judge