IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO
Senior District Judge Richard P. Matsch

Civil Action No. 10-cv-01092-RPM

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

---

ORDER GRANTING MOTION FOR SECOND AMENDMENT TO SCHEDULING ORDER AND PLAINTIFF'S SECOND MOTION TO EXTEND DEADLINE TO RESPOND TO DISCOVERY

---

Upon review of the Stipulated Motion for Second Amendment to Scheduling Order to Extend All Remaining Deadlines Additional Ninety Days [23] and Scottsdale's Second Unopposed Motion for Extension of Deadline to Serve Responses to Interrogatories, Requests for Admission, and Requests for Production [24] filed April 12, 2011, it is

ORDERED that the scheduling order is amended extending remaining deadlines as follows:

| | |
|---|---|
| Deadline to Propound Written Discovery | July 13, 2011 |
| Deadline for Expert Disclosures for party bearing the burden of persuasion | August 15, 2011 |
| Deadline Contradicting Expert Disclosures | September 14, 2011 |
| Deadline Rebuttal Expert Disclosures | October 14, 2011 |
| Discovery Cut-Off | December 1, 2011 |
| Deadline for Summary Judgment Motions | December 30, 2011. |

2

It is

    FURTHER ORDERED that Scottsdale's motion for extension of time is granted and the deadline for plaintiff to respond to interrogatories, requests for admission and requests for production is extended to and including May 20, 2011.

    Dated:   April 13th, 2011

                                          BY THE COURT:

                                          s/Richard P. Matsch

                                          _____
                                          Richard P. Matsch, Senior District Judge