## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF COLORADO
### Senior District Judge Richard P. Matsch

Date:                    December 28, 2011
Courtroom Deputy:        J. Chris Smith
FTR Technician:          Kathy Terasaki

---

Civil Action No. 10-cv-01092-RPM

| | |
|---|---|
| SCOTTSDALE INSURANCE COMPANY, | Michael F. Nelson |
| | Randall M. Livingston |
| Plaintiff, | |
| v. | |
| NATIONAL UNION FIRE INSURANCE COMPANY | Jane E. Young |
| OF PITTSBURGH, P.A., | Ginger L. Giles |
| Defendant. | |

---

## COURTROOM MINUTES
---

**Hearing on Pending Motions**

**12:51 p.m.      Court in session.**

Court's preliminary remarks.

Mr. Nelson answers questions asked by the Court regarding Hunn's expert report, discovery, underlying case / litigation and damages /presentation of plaintiff's case.
Statement by a Mr. Livingston regarding Mr. Hunn, inspections/certificates of occupancies.

| | |
|---|---|
| 1:12 p.m. | Argument by Ms. Young [40]. |
| 1:18 p.m. | Argument by Mr. Nelson. |
| 1:23 p.m. | Rebuttal argument and statements regarding case status. |

**ORDERED:   Defendant's Motion to Compel Responses to Written Discovery [40], is denied.**

**ORDERED:   Defendant's Unopposed Motion for Further Extension of Time to Serve Expert Disclosures and for Remaining Deadlines [38], is granted.**
**Expert disclosure March 15, 2012.**
**Rebuttal expert disclosure April 13, 2012**.
**Discovery cut-off May 31, 2012.**
**Dispositive Motions June 29, 2012.**

**1:30 p.m.      Court in recess.**      Hearing concluded.  Total time:  39 min.