IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

Civil Action No. 10-cv-01092-RPM

SCOTTSDALE INSURANCE COMPANY,

    Plaintiff,

v.

NATIONAL UNION FIRE INSURANCE COMPANY OF PITTSBURGH, PA.,

    Defendant.

---

## JUDGMENT

---

    Pursuant to the Order Granting Defendant's Motion for Summary Judgment, signed by Senior District Judge Richard P. Matsch on December 3, 2012, it is

    ORDERED that defendant's motion for summary judgment is granted. It is

    FURTHER ORDERED that judgment is entered in favor of defendant National Union Fire Insurance Company of Pittsburgh. PA. and against plaintiff Scottsdale Insurance Company. It is

    FURTHER ORDERED that defendant National Union Fire Insurance Company of Pittsburgh. PA. shall have its costs by the filing of a Bill of Costs with the Clerk of this court within fourteen (14) days of entry of this judgment. It is

    FURTHER ORDERED that the Complaint, Amended Complaint and this civil action are dismissed.

    DATED: December 3, 2012

                                                                          FOR THE COURT:
                                                                          Jeffrey P. Colwell, Clerk

                                                                               s/J. Chris Smith
                                                                       By _____
                                                                                 Deputy Clerk